UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23-cv-01312-CAS (SK)                                    Date: November 30, 2023

Title   Steven Sunny v. People of the State of California

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner's opposition to respondent's motion to dismiss was due on October 9, 2023. The petition is subject to dismissal because petitioner has consented to the granting of the motion to dismiss by not timely opposing it. *See* L.R. 7-12, 41-1; Fed. R. Civ. P. 41(b). Petitioner is thus ordered to show cause in writing by no later than **December 21, 2023** why this petition should not be dismissed. Petitioner may discharge this order by filing a notice of voluntary dismissal using the attached form CV-09y, or by filing his opposition to the motion to dismiss by **December 21, 2023**. Failure to comply with this order will lead to involuntary dismissal of the entire action.

IT IS SO ORDERED.