JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVEN SUNNY,

                    Petitioner,

          v.

MATTHEW MCVAY, Warden,

                    Respondent.

Case No. 5:23-cv-01312-CAS (SK)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Grant Respondent's Motion to Dismiss Untimely First Amended Petition, **IT IS ADJUDGED** that the first amended petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as untimely and that this action is dismissed without prejudice.

DATED: November 18, 2024

_____
CHRISTINA A. SNYDER
United States District Judge